IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAFAEL MOISES SUAREZ, | ) Case No. |
| Plaintiff, | ) |
| vs. | ) UNLIMITED CIVIL, DEMAND OVER $25,000 |
| DOUGLAS DUCEY, *et al.* | ) COMPLAINT FOR DEPRIVATION OF RIGHTS |
| Defendants. | ) |

FILED ___ LODGED
RECEIVED ___ COPY

JUL 2 3 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

## COMPLAINT AT LAW AND IN EQUITY

AND NOW, comes the Plaintiff, hereby complains and alleges as follows:

1. Plaintiff initiates this action against the various Defendants in the instant matter due to a series of violations of civil rights engaged in by the Defendants and their continued engagement in this misconduct through this very moment including the continued misrepresentation of the status of the Plaintiff by the Defendant(s), government entities or entities using the color of law to further their actions in the instant matter, thereby constituting a deprivation of rights under color of the law and a claimable action that the Plaintiff can bring pursuant to 42 U.S.C. 1983.

2. Plaintiff complains of the Defendants actions in the instant complaint and requests remedy and relief in the form of compensatory and / or punitive damages and may be required for each of the claims herein as well as injunctive relief restoring the status of the Plaintiff as it was prior to the misconduct engaged in by the Defendants in the instant matter.

## JURISDICTION AND VENUE

3. This is an action for injunctive relief and damages pursuant to 42 U.S.C. § 1983 based upon the continuing violations of Plaintiffs' rights under the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. Jurisdiction exists pursuant to 28 U.S.C. § 1331 and 1343 based on 42 U.S.C. §1983 and questions of federal constitutional law. Supplemental jurisdiction over Plaintiffs' state law claims is pursuant to 28 U.S.C. §1367.

4. Venue is proper in the federal district of Arizona as the events and conduct complained of herein all occurred in the instant district.

## PARTIES

5. PLAINTIFF - RAFAEL MOISES SUAREZ - Plaintiff in the instant matter and resides in the instant district with an address line of 532 W President St, Tucson, Arizona 85714.

6. DEFENDANT - The State of Arizona - State entity complained of in the instant matter resulting in the unlawful and unconstitutional deprivation of rights of the Plaintiff in the instant matter with an address of Arizona Department of Administration, 100 N. 15th Ave, Phoenix, Arizona 85007.

7. DEFENDANT - DOUGLAS DUCEY - Entity in the instant matter responsible for a series of misrepresentations in the instant matter with an address line of Honorable Doug Ducey, Governor of the State of Arizona, 1700 W. Washington Street, Phoenix, Arizona, 85007.

## STATEMENT OF FACT

8. Plaintiff hereby claims and avers the following acts made by the Defendant attached herein in the enclosed Affidavit labelled as EXHIBIT A including the various misrepresentations of fact and abuses of power made by the Defendant due to their position and office resulting in harm and damages against the Plaintiff including their unlawful and baseless arrest that the Plaintiff

was later found not guilty and subsequently acquitted of. The continued misrepresentations of fact and defamation continually put forth by the Defendant in this matter continues to substantially harm the Plaintiff through this very moment including preventing him from obtaining employment or housing.

9. Plaintiff avers that the actions of the Governor in this matter in their individual capacity under the color of law constitute violation of civil rights including Deprivation of Rights Under Color of Law in violation of Title 18 U.S.C. Section 242 and the constitutional rights of the Plaintiff to be free from unlawful deprivation of rights, liberty, and / or property without the due process of law. 42 U.S.C. Section 1983 Civil Action For Deprivation of Rights states the following:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

9. Plaintiff is seeking any and all applicable remedies and sources of relief in the instant matter against the Defendant for the various torts complained of herein.

## COUNT I

## CIVIL ACTION FOR DEPRIVATION OF RIGHTS PURSUANT TO 42 U.S.C. 1983

10. Paragraphs 1-9 are hereby referenced and incorporated as though fully set forth herein at length.

11. Plaintiff, a citizen of the United States, was wrongfully / unlawfully deprived of his life, liberty, and / or property by the actions of the Defendant Governor in this matter based on the nature of their conduct complained of.

12. The Defendant continually used their position and status as Governor to make various misrepresentations against the Plaintiff, all of which were later proven to be false.

13. The misrepresentations made by the Plaintiff in the instant matter created a substantial amount of harm and damages to the Plaintiff in various ways complained of and described in detail in the enclosed Affidavit labelled as Exhibit A.

14. The law provides an avenue for relief and remedy for the Plaintiff to recover damages pursuant to these claims and the damages resulting therefore to which the Plaintiff respectfully requests the same.

## COUNT II

## FRAUDULENT REPRESENTATION

15. Paragraphs 1-9 are hereby referenced and incorporated as though fully set forth herein at length.

16. Defendant knowingly and intentionally made various misrepresentations in writing to others while knowing of their untruthfulness in order to benefit themselves to the detriment of the Plaintiff in violation of fraudulent representation law in the state of Arizona.

17. To succeed in an action of fraud, the Plaintiff needs to show (1) a misrepresentation that is false in fact, (2) made by the Defendant to others, (3) creating and causing the reliance of others on the misrepresentation, (4) to the harm / detriment of the Plaintiff, (5) creating damages resulting from that fraud, all of which are present in the instant matter.

18. The misrepresentations made by the Defendant in the instant matter is egregious in nature and is of the sort to be found fraudulent under the law, to which the Plaintiff has a legal right to recover damages therefrom.

19. Plaintiff hereby respectfully requests any and all necessary and applicable relief arising out of this claim for fraudulent representation specifically.

## COUNT III

## DEFAMATION - LIBEL

20. Paragraphs 1-19 are hereby referenced and incorporated as though fully set forth herein at length.

21. Evidence exists indicating various misrepresentations in writing made by the Defendant in the instant matter to other individuals pertaining to the Plaintiff.

22. Arizona law prohibits misrepresentations in writing against others which are defamatory in nature.

23. The misrepresentation and libelous statements made by the Defendant in this matter are in contradiction and conflict with the laws and standards in the state of Arizona specifically to which this Federal Court has the authority to adjudicate through supplemental jurisdiction.

24. Plaintiff hereby respectfully requests any and all necessary and applicable damages that may arise out of this claim specifically.

## COUNT IV

## GROSS NEGLIGENCE

25. Paragraphs 1-14 are hereby referenced and incorporated as though fully set forth herein at length.

26. Defendant was grossly negligent / reckless in their conduct with regards to the Plaintiff thereby creating the harm and damages that are complained of in the instant tort.

27. Arizona law permits recovery for gross negligence and intentional torts engaged in with wanton disregard of the rights and safety of the Plaintiff as so clearly evidenced in the instant matter.

28. Plaintiff hereby respectfully requests any and all necessary and applicable damages that may arise out of this claim specifically.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court enter a judgment in favor of the Plaintiff as follows:

1. DECLARATORY RELIEF - declaring judgment in favor of Plaintiff
2. COMPENSATORY DAMAGES - in an amount to be determined at trial
3. PUNITIVE DAMAGES - in an amount to be determined at trial
4. INJUNCTIVE RELIEF - restoring the rights and status of the Plaintiff as it was prior to the tortious misconduct of the Defendant.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all matters disputed in the instant matter.

Dated: July 23, 2020

Respectfully Submitted,

_[signature]_

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAFAEL MOISES SUAREZ, | ) Case No. |
| Plaintiff, | ) |
| vs. | ) UNLIMITED CIVIL, DEMAND OVER ) $25,000 |
| DOUGLAS DUCEY, *et al.* | ) COMPLAINT FOR DEPRIVATION OF ) RIGHTS |
| Defendants. | ) |

### NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THE ARIZONA BAR ASSOCIATION MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE

MARICOPA COUNTY BAR ASSOCIATION

(602) 257 4200

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAFAEL MOISES SUAREZ, | ) Case No. |
| Plaintiff, | ) |
| vs. | ) **UNLIMITED CIVIL, DEMAND OVER** |
| | ) **$25,000** |
| DOUGLAS DUCEY, *et al.* | ) |
| | ) **COMPLAINT FOR DEPRIVATION OF** |
| Defendants. | ) **RIGHTS** |

## CERTIFICATE OF SERVICE

I hereby certify that the accompanying complaint has been served upon the following Defendants via first class certified mail on this 23rd day of July, 2020:

Dated: July 23, 2020

Respectfully Submitted,

*[signature]*